

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy Ray Johnson, et al., Appellant

No. 06-19-00031-CV     v.

BancorpSouth Bank, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 18C0906-CCL). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellants, Billy Ray Johnson, et al., pay all costs of this appeal.

RENDERED MAY 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk